[No. 13873-9-III.     Division Three.     May 4, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. JEAN MARIE FATTU, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01933-8, Thomas E. Merryman, J., entered

February 4, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.